UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-123-MJ-SMM

UNITED STATES OF AMERICA

v.

NATALIO VAZQUEZ-LOPEZ, a/k/a "Jacinto Jose Alonzo,"

_____/

FILED BY ___YAR___ D.C.

Sep 12, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _/s/ Justin J. Hoover_

JUSTIN L. HOOVER
Assistant United States Attorney
Court ID No.     A5502493
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Justin.Hoover@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint                                                                                    AUSA Justin L. Hoover

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) Case No. | |
| NATALIO VAZQUEZ-LOPEZ, a/k/a "Jacinto Jose Alonzo," | ) 22-123-MJ-SMM | |
| | ) | |
| Defendant(s) | ) | |

FILED BY ____YAR____ D.C.

Sep 12, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 26, 2022__ in the county of __Martin__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Stephen Christopher Schmeichel, Deportation Officer/ICE
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: __September 12, 2022__

_____
Judge's signature

City and state: __Fort Pierce, Florida__       Shaniek M. Maynard, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stephen Christopher Schmeichel, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and have been employed in a similar capacity since 2013. I am currently assigned to Enforcement and Removal Operations, Criminal Alien Program, in Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Natalio VAZQUEZ-LOPEZ, committed the offense of being a previously removed alien found in the United States, in violation of 8 USC § 1326(a).

3. On or about August 26, 2022, VAZQUEZ-LOPEZ was arrested for a State offense in Martin County, Florida, in the Southern District of Florida. As part of the booking process, VAZQUEZ-LOPEZ' fingerprints were electronically submitted to a federal database maintained by DHS, which triggered a positive match for VAZQUEZ-LOPEZ.

4. I reviewed documents from the DHS immigration alien file associated with VAZQUEZ-LOPEZ. The records reflect that VAZQUEZ-LOPEZ is a native and

citizen of Guatemala. Records further show that on or about December 23, 2012, VAZQUEZ-LOPEZ was ordered removed under an Expedited Removal Order due to being apprehended within 14 days of entry into the United States and within 100 air miles from the United States-Mexico international boundary. Records in the alien file show that on or about December 27, 2012, VAZQUEZ-LOPEZ was removed from the United States to Mexico.

5. On August 31, 2022, VAZQUEZ-LOPEZ was interviewed. Post-<u>Miranda</u>, VAZQUEZ-LOPEZ admitted being a native and citizen of Guatemala, being in the United States illegally, having previously been deported in 2012, and having not requested permission from the Attorney General to re-enter the United States.

6. An ICE official entered VAZQUEZ-LOPEZ's fingerprint card from the August 26, 2022, arrest into a biometric database maintained by DHS. Results confirmed that the fingerprints belong to the individual who was previously removed from the United States, that is, VAZQUEZ-LOPEZ.

7. I received a DHS Certificate of Non-Existence of Record, dated September 2, 2022, showing that no records were found to exist that would indicate that VAZQUEZ-LOPEZ obtained consent from the Attorney General or Secretary of Homeland Security for re-admission into the United States.

8. Based on the foregoing, there is probable cause to believe that, on or about August 26, 2022, VAZQUEZ-LOPEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of

Homeland Security for re-admission into the United States, in violation of 8 USC § 1326(a).

Stephen Christopher Schmeichel
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this ___12th___ day of September, 2022.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE