UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14059-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**NATALIO VAZQUEZ-LOPEZ**,
a/k/a "Jacinto Jose Alonzo,"

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 19]. On November 21, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 18] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 9], the Government proffered a factual basis for the plea on the record. Defendant acknowledged that he understood the Government's proffer and agreed that it was true and correct and accurately set forth the facts in his case as he understands them to be. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 9]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 19] is **AFFIRMED AND ADOPTED**.

CASE NO. 22-14059-CR-CANNON

2. The guilty plea entered into by Defendant **Natalio Vazquez-Lopez** as to the sole count of the Indictment is **ACCEPTED**.

3. Defendant **Natalio Vazquez-Lopez** is adjudicated guilty of the sole count of the Indictment, which charges him with illegal reentry after removal, in violation of 8 U.S.C. § 1326(a) [ECF No. 9].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 12th day of December 2022.

                                                    **AILEEN M. CANNON**
                                                    UNITED STATES DISTRICT JUDGE

cc:    counsel of record